**LEARNING RIGHTS LAW CENTER**
JANEEN STEEL, SBN 211401
E-mail: janeen@learningrights.org
INES KUPERSCHMIT, SBN 224562
E-mail: ines@learningrights.org
SOO YUN, SBN 251463
E-mail: soo@learningrights.org
ASAF ORR, SBN 261650
E-mail: asaf@learningrights.org
205 S. Broadway, Suite 1008
Los Angeles, CA 90012
Phone: (213) 489 – 4030
Fax:   (213) 489 - 4033

Attorneys for Plaintiff
Adam Robedeaux

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROBEDEAUX, Plaintiff, vs. ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, a public entity, Defendant. | Case No. 10-cv-06313-JFW-RCx **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

GOOD CAUSE HAVING BEEN SHOWN on the Stipulation of the parties set forth above for dismissal of the entire action with prejudice,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice.

SO ORDERED.

Date: June 7, 2011

Honorable John F. Walter
United States District Court

ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE - 1